MARY ELLEN LAKE ZIMMER v. STEVEN P. LAKE, TRUSTEE.

October 19, 1987.

The parties having stipulated to a dismissal of this matter, it is ORDERED that the appeal is dismissed. (See 107 *N.J.* 77 (1987)).

STATE OF NEW JERSEY v. VILLARD PETIT.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD PERALES.

October 20, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES ELLIS, JR.

October 20, 1987.

Petition for certification denied.